Viola Romero
Principal Assistant City Attorney for
Michael G. Rankin
CITY ATTORNEY
P.O. Box 27210
Tucson, AZ  85726-7210
Telephone:  (520) 791-4221
Fax:  (520) 623-9803
Viola.Romero@tucsonaz.gov
State Bar No. 15989
*Attorneys for Defendants Dellinger, Heivilin, Krammes, Pelton & Placencia*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Deyoe R. Harris,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UofAPD's J. McGrath, et al.,<br><br>　　　　　　Defendants. | No. 4:14-cv-02453<br><br>**CITY DEFENDANTS' MOTION TO COMPEL DEYOE HARRIS' ATTENDANCE AT DEPOSITION**<br><br>(Assigned to Hon. Lynnette C. Kimmins) |

　　　　Defendants Dellinger, Heivilin, Krammes, Pelton and Placencia (hereinafter "City Defendants"), seek an order compelling Plaintiff Deyoe Harris to attend his deposition scheduled for Friday, January 20, 2017 at 9:00 a.m. pursuant to FRCP 37(d)(1)(A)(i).

　　　　City Defendants properly noticed Plaintiff's deposition for Wednesday, December 14, 2016 at 9:00 a.m.  (See Exhibit 1, Notice).  Plaintiff did not appear.  (Exhibit 2, Certificate of Non-Appearance).  Plaintiff agreed to that date and time, but as the date grew closer Plaintiff gave different reasons for not being able to attend.  First, he requested deposition questions prior to the deposition, and when told the rules do not require this, he stated that he would not attend a deposition because his answers to interrogatories were sufficient.  (Exhibit 3, Emails in reverse date order).  On December 14, 2016 he stated, "[i]f you have anymore questions you may ask them in writing…" refusing to cooperate in rescheduling his deposition.  Second, he claimed he could not attend because of the holidays and he wanted to reschedule for a time after the holiday.  City Defendants were

not in agreement with rescheduling as the deposition was scheduled mid-December in order to avoid any conflicts with the holidays.

City Defendants rescheduled Mr. Harris' deposition to Friday, January 20, 2017 at 9:00 a.m. City Defendants anticipate that Mr. Harris will refuse to attend his rescheduled deposition and, therefore, request an order to compel his attendance.

DATED: December 20, 2016.

          MICHAEL G. RANKIN
          City Attorney

          By    s/ Viola Romero
                  Viola Romero
                  Principal Assistant City Attorney

I hereby certify that on December 20, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECR System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECR registrants along with mailing a copy of the Electronic Filing through U.S. Mail:

Deyoe R. Harris
728 North Bean, #2
Tucson, Arizona 85705
    *Plaintiff Pro Se*

By s/ E. Ramirez/lc

2